IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In re: §
§
**SELMA ROADHOUSE COMPANEROS, LP,** § **CASE NO. 09-35553-HDH-11**
§
**Debtor.** §

## SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS
## OF DEBTOR, SELMA ROADHOUSE COMPANEROS, LP

I declare under penalty of perjury that I have read the following summary of schedules, schedules, and statement of financial affairs, consisting of twenty-six (26) sheets, excluding addenda, and that they are true and correct to the best of my knowledge, information, and belief.


**SELMA ROADHOUSE COMPANEROS, LP**

By: Selma Camino Management, Inc.,
its General Partner


By: ____/s/ Cory S. Strickland*_____
Cory S. Strickland
President


Dated: September 10, 2009


Counsel for the
Debtor and Debtor-in-Possession:


Jeff Carruth, SBT #24001846
**REED & ELMQUIST, P.C.**
604 Water Street
Waxahachie, TX 75165
(972) 938-7334
(972) 923-0430 (fax)
jcarruth@bcylawyers.com

*See following sheet.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In re: §
§
**SELMA ROADHOUSE COMPANEROS, LP,** §    **CASE NO. 09-35553-HDH-11**
§
Debtor. §

## SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS
## OF DEBTOR, SELMA ROADHOUSE COMPANEROS, LP

I declare under penalty of perjury that I have read the following summary of schedules, schedules, and statement of financial affairs, consisting of twenty-six (26) sheets, excluding addenda, and that they are true and correct to the best of my knowledge, information, and belief.

## SELMA ROADHOUSE COMPANEROS, LP

By: Selma Camino Management, Inc.,
its General Partner

By: _____
Cory S. Strickland
President

Dated: September 10, 2009

Counsel for the
Debtor and Debtor-in-Possession:

Jeff Carruth, SBT #24001846
REED & ELMQUIST, P.C.
604 Water Street
Waxahachie, TX 75165
(972) 938-7334
(972) 923-0430 (fax)
jcarruth@bcylawyers.com

**Preliminary Statement, Disclaimer, and Reservation of Rights**
**<u>Regarding Schedules and Statement of Financial Affairs</u>**

The information contained in the following Debtor's schedules and related statements, disclosures, and lists in this Bankruptcy Case (collectively, the "<u>Schedules</u>") represents the information the Debtor has developed to date through its investigation of the assets, liabilities, and affairs of the Debtor and the estate. The Debtor's continuing review of its pre-petition books and records could yield additional information that would change or expand the information contained in the Schedules. Furthermore, while every effort has been made to file complete and accurate Schedules, inadvertent errors or omissions may exist. **ACCORDINGLY, THE DEBTOR RESERVES THE RIGHT TO AMEND THE SCHEDULES. THE DEBTOR DOES NOT WAIVE ANY ISSUE OF FACT, REMEDY, CLAIM, OR DEFENSE PERTAINING TO ANY MATTER ADDRESSED HEREIN.**

Any failure to designate a claim on the Schedules as "contingent," "unliquidated," or "disputed" does not constitute an admission on the part of the Debtor that such claim is not "contingent," "unliquidated," or "disputed." The Debtor reserves the right to dispute, or assert offsets or defenses to, any claim reflected in the Schedules as to amount, liability, or classification, or otherwise subsequently designate any claims to be "contingent," "unliquidated," and/or "disputed."

Further addendums, qualifications, and explanations appear within the Schedules.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re **Selma Roadhouse Companeros, LP**                    Case No.    **09-35553-HDH**

                                                                                    Chapter        **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $2,900,000.00 | | |
| B - Personal Property | Yes | 5 | $368,984.00 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $2,718,405.40 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $211,269.55 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 12 | $3,268,984.00 | $2,929,674.95 | |

In re  **Selma Roadhouse Companeros, LP**                    Case No.  __09-35553-HDH___
                                                                          (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 14855 I-35 North, Selma, Texas | Fee Simple | | $2,900,000.00 | $2,718,405.40 |
| | | **Total:** | **$2,900,000.00** | |

(Report also on Summary of Schedules)

In re  **Selma Roadhouse Companeros, LP**                    Case No.   **09-35553-HDH**

                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Herring National Bank;  checking account #4340 overdrawn<br><br>Interest in managamemnt company account held at Herring National Bank;  checking account #9450 | $0.00<br><br>$4,967.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |

In re  **Selma Roadhouse Companeros, LP**                    Case No.  __09-35553-HDH__
                                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | X | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Accounts payable | $35,000.00 |
| | | Notes Payable - Scratch Cookin' Inc. | $62,017.00 |
| | | Note Payable - Restaurant Land Investment (Easement) | $225,000.00 |

In re **Selma Roadhouse Companeros, LP**     Case No. **09-35553-HDH**

(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | Note Payable - Cory Strickland | $42,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Potential claim and cause of action versus Herring Bank, relating to, but not limited to, fraud, fraudulent inducement, misrepresentation, and/or negligent misrepresentation in connection with one or more promises to refinance indebtedness during 2009.  Debtor and others acting on behalf of Debtor fulfilled conditions for refinancing expressed by Herring Bank;  however Herring Bank failed and refused to proceed with refinancing as promised and instead proceeded with collection activity aimed at the foreclosure of the property.  Damages resulting from Herring Bank's actions and omissions are substantial but unknown at this time and are subject to further evaluation by the Debtor. | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |

In re **Selma Roadhouse Companeros, LP**                    Case No.  __09-35553-HDH__
                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | X | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |

In re  **Selma Roadhouse Companeros, LP**                    Case No.  **09-35553-HDH**
                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | |

_____4_____ continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

**Total  >**   $368,984.00

In re **Selma Roadhouse Companeros, LP**                    Case No.   **09-35553-HDH**

                                                                           (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **050473300010**<br><br>**Bexar County Tax Collector**<br>**P.O. Box 839950**<br>**San Antonio, TX 78283-3950** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property taxes**<br>COLLATERAL:<br>**14855 I-35 North, Selma, Texas**<br>REMARKS:<br><br>VALUE: **$2,900,000.00** | | | | **$14,718.00** | |
| ACCT #: **91196989440**<br><br>**Herring National Bank**<br>**2201 Civic Circle**<br>**Amarillo, TX 79109** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**PMSI**<br>COLLATERAL:<br>**14855 I-35 North, Selma, Texas**<br>REMARKS:<br><br>VALUE: **$2,900,000.00** | | | X | **$1,885,421.49** | |
| ACCT #:<br><br>**Michael Parker**<br>**2054 Sawgrass Ridge**<br>**San Antonio, TX 78260** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Signature loan**<br>COLLATERAL:<br>**14855 I-35 North, Selma, Texas**<br>REMARKS:<br><br>VALUE: **$2,900,000.00** | | | | **$50,000.00** | |
| ACCT #:<br><br>**Restaurant Land Investment, Inc.**<br>**3220 Church St.**<br>**Amarillo, TX 79109** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Signature loan**<br>COLLATERAL:<br>**14855 I-35 North, Selma, Texas**<br>REMARKS:<br><br>VALUE: **$2,900,000.00** | | | | **$225,000.00** | |
| | | Subtotal (Total of this Page) > | | | | **$2,175,139.49** | **$0.00** |
| | | Total (Use only on last page) > | | | | | |

_____1_____continuation sheets attached

                                                        (Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Selma Roadhouse Companeros, LP**                    Case No.   **09-35553-HDH**

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: <br><br>**Strategic Equipment**<br>**PO Box 141749**<br>**Irving, TX 75014** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Judgment**<br>COLLATERAL:<br>**14855 I-35 North, Selma,  Texas**<br>REMARKS:<br><br><br>VALUE:                **$2,900,000.00** | | | | **$67,228.14** | |
| ACCT #: **6693624003SA**<br><br>**Texas Certified Development Corp.**<br>**PO Box 6370**<br>**Austin, TX 78762** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**PMSI**<br>COLLATERAL:<br>**14855 I-35 North, Selma, Texas**<br>REMARKS:<br><br><br>VALUE:                **$2,900,000.00** | | | | **$456,037.77** | |
| ACCT #: <br><br>**Vernon Parker**<br>**388 Paintbrush Path**<br>**New Braunfels, TX 78132** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Signature loan**<br>COLLATERAL:<br>**14855 I-35 North, Selma, Texas**<br>REMARKS:<br><br><br>VALUE:                **$2,900,000.00** | | | | **$20,000.00** | |
| | | | | | | | |

Sheet no. _____**1**_____ of _____**1**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | **$543,265.91** | **$0.00** |
| Total (Use only on last page) > | **$2,718,405.40** | **$0.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re **Selma Roadhouse Companeros, LP**                    Case No.    **09-35553-HDH**
                                                                     (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Selma Roadhouse Companeros, LP**   Case No. <u>09-35553-HDH</u>

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Cory Strickland**<br>**3220 Church St.**<br>**Amarillo, TX 79109** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade debt**<br>REMARKS: | | | | **$42,000.00** |
| ACCT #:<br>**Foremark, Ltd.**<br>**8235 Douglas Ave, Suite 945**<br>**Dallas, TX 75225** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade debt**<br>REMARKS:<br>**account inclusive with The Retail Connection**<br>**listed below** | | | | **$0.00** |
| ACCT #:<br>**Scratch Cookin, Inc.**<br>**3220 Church St.**<br>**Amarillo, TX 79109** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade debt**<br>REMARKS: | | | | **$62,017.87** |
| ACCT #:<br>**Sprouse Shrader Smith PC**<br>**701 S. Taylor, Suite 500**<br>**Amarillo, TX 79109** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal services provided**<br>REMARKS: | | | | **$27,263.29** |
| ACCT #:<br>**The Retail Connection**<br>**2525 McKinnon St., Suite 700**<br>**Dallas, TX 75201** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade debt**<br>REMARKS:<br> **(inclusive with Foremark amount)** | | | | **$79,988.39** |
| | | | | | | |

Subtotal > | **$211,269.55**

Total > | **$211,269.55**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

<u>   No   </u> continuation sheets attached

In re **Selma Roadhouse Companeros, LP**                    Case No. **09-35553-HDH**

                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Arthur and Mary Rodriquez**<br>4850 Viewcrest Road<br>San Antonio, TX 78217-1263 | Land Lease on 1.9610 acres at 8148 Old Austin Road, Selma, Texas<br>Contract to be ASSUMED |
| **Chuy's Opco, Inc.**<br>1623 Toomey Road<br>Austin, TX 78704 | Lease agreement for IH 35 property owned by debtor and leased to Chuy's<br>Contract to be ASSUMED |
| **Restaurant Land Investment, Inc.**<br>3220 Church St.<br>Amarillo, TX 79109 | Party to Reciprocal Easement Agreement regarding Chuy's<br>Contract to be ASSUMED |
| **West Forum Parkway, LP** | Party to Reciprocal Easement Agreement regarding Chuy's<br>Contract to be ASSUMED |

In re **Selma Roadhouse Companeros, LP**                    Case No.   **09-35553-HDH**
                                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Cory Strickland**<br>44 Cypress Pt.<br>Amarillo, TX 79124 | **Herring National Bank**<br>2201 Civic Circle<br>Amarillo, TX 79109 |
| **Cory Strickland**<br>44 Cypress Pt.<br>Amarillo, TX 79124 | **Texas Certified Development Corp.**<br>PO Box 6370<br>Austin, TX 78762 |
| **Tess Strickland**<br>44 Cypress Pt.<br>Amarillo, TX 79124 | **Herring National Bank**<br>2201 Civic Circle<br>Amarillo, TX 79109 |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the <u>**President of General Partner**</u> of the <u>**Partnership**</u> named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of <u>**13**</u> sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date <u>**09/10/2009**</u>                    Signature <u>**/s/ Cory S. Strickland**</u>

                                                       **Cory S. Strickland**
                                                       **President of General Partner**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re:   **Selma Roadhouse Companeros, LP**                    Case No.   **09-35553-HDH**

                                                                           (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

**None**
☐

## 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$102,499** | **Gross income thru 7-09** |
| **$417,538** | **2008 Gross income** |
| **$1,798,726** | **2007 Gross income** |

---

**None**
☑

## 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

**None**
☑

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None**
☐

b.  Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| To be supplied | | | |

---

**None**
☐

c.  All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| To be supplied | | | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re: **Selma Roadhouse Companeros, LP**

Case No.    **09-35553-HDH**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None ☐

### 4. Suits and administrative proceedings, executions, garnishments and attachments

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Strategic Equipment, LP Gernsbacher's Division  vs. Selma Roadhouse Companeros, LP Cause number:  5-32495-1 | collection | Tarrant County, Texas | Agreed Judgment |
| Joseph Towne vs. Selma Rouadhouse Companeros, LP | work related injury | Bexar County, Texas | settled |

---

None ☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☐

### 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Ruby Tequila's Mexican Kitchen, LLC 3220 Church Street Amarillo, Texas  79109 | 2-8-08 | Restaurant equipment, fixtures, and furniture (collectively, the "Equipment") previously acquired from Debtor by Ruby Tequila's Mexican Kitchen, LLC ("RTMK") and subsequently sold by RTMK to Chuy's in February, 2008.  Approximate value of equipment was $250,000, and proceeds from Chuy's sale were applied to existing indebtedness secured by the Equipment. |

---

None ☑

### 6. Assignments and receiverships

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re:   **Selma Roadhouse Companeros, LP**                         Case No.   **09-35553-HDH**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

### 7. Gifts

None ☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Reed & Elmquist, P.C.**<br>**301 S. Rogers Street**<br>**Waxahachie, TX  75165** | **08/12/2009** | **$15,000.00** |

---

### 10. Other transfers

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

### 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re:   **Selma Roadhouse Companeros, LP**                                  Case No.   **09-35553-HDH**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re:   **Selma Roadhouse Companeros, LP**                              Case No.   **09-35553-HDH**
                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

### 18. Nature, location and name of business

None ☐

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **Selma Roadhouse Companeros, LP**<br>**3220 Church Street**<br>**Amarillo, TX 79109**<br>**#82-0576456** | **single asset real estate investment** | **5-2003 to present** |
| **Selma Beverage Company**<br>**20-064922** | **alcohol leasing entity** | **11-05 to 2-09** |
| **Ruby Tequila's Mexican Kitchen, LLC**<br>**26-1839260**<br>**3220 Church Street**<br>**Amarilla, Texas 79109** | **restaurant operating entity** | **2-08 to 7-08** |

---

None ☐

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| **dba  Camino Ranch** | **11-2005 to 2-2009** |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re:   **Selma Roadhouse Companeros, LP**                     Case No.   **09-35553-HDH**

                                                                                  (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None ☐

a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Martin Lewis** | **5-03 to present** |
| **Lewis & Kaufman, PC** | |
| **2308 West 5th Street** | |
| **Plainview, Texas  79072** | |

---

None ☐

b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **RSM McGladrey Financial** | **6-06 to 2-08** |
| **4602 S. Baltimore Lane, Suite 108** | |
| **Madison, WI 53718** | |

---

None ☐

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Matt Hensley, Treasurer** | **3220 Church Street** |
| **and** | **Amarillo, Texas  79109** |
| **Deann Chapman, Secretary** | |

---

None ☐

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Herring Bank** | **quarterly since 5-03** |
| **Texas Certified Developement Corp.** | **quarterly since 5-03** |

---

### 20. Inventories

None ☐

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **2-2-09** | **Cory Strickland** | **$0** |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re:   **Selma Roadhouse Companeros, LP**                       Case No.   <u>**09-35553-HDH**</u>

                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

None
☐   b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 2-2-09 | **Mark Prickett & Rowdy Leal**<br>**Selma Roadhouse Companeros, LP**<br>**3220 Church Street**<br>**Amarillo, TX 79109** |

---

### 21. Current Partners, Officers, Directors and Shareholders

None
☐   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **SELMA CAMINO MANAGEMENT, LLC** | **General partner** | **1%** |
| **CTPM FAMILY, LP**<br>**44 CYPRESS POINT**<br>**AMARILLO,TX 79124** | **limited partner** | **7.695%** |
| **SCRATCH COOKIN' INC.**<br>**3220 CHURCH STREET**<br>**AMARILLO, TEXAS 79109** | **limited partner** | **7.695%** |
| **DAVID FRANKLIN**<br>**5403 DRANE DRIVE**<br>**DALLAS, TX 75235** | **limited partner** | **3.61%** |
| **STRICKLAND RESTAURANT HOLDINGS, LLC**<br>**ATTN: CORY STRICKLAND**<br>**44 CYPRESS POINT**<br>**AMARILLO, TX 79124** | **limited partner** | **2.666667%** |
| **D & C FRANKLIN F AMILY, LP**<br>**MR. DAVID FRANKLIN**<br>**5403 DRANE DRIVE**<br>**DALLAS, TX 75235** | **limited partner** | **10.666667%** |
| **M & S CAMINO, LLC**<br>**ATTN: MR. MATT FRANKLIN**<br>**17430 CAMPBELL RD., #200**<br>**DALLAS, TX 75252** | **limited partner** | **2.666667%** |
| **MR. JOHN CARROLL**<br>**7406 BULL CREEK ROAD**<br>**HOUSTON, TX 77095** | **limited partner** | **2.666667%** |
| **PENCSAK REVOCABLE TRUST**<br>**ATTN: Ms. NANCY PENCSAK**<br>**P.O. Box 560550**<br>**THE COLONY, TX 75056** | **limited partner** | **2.666667%** |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re:  **Selma Roadhouse Companeros, LP**

Case No. __09-35553-HDH__

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

| | | |
|---|---|---|
| **KENT F. HOFSTAD**<br>**624 HUNTERS WAY**<br>**NEW BRAUNFELS, TX 78132-4775** | **limited partner** | **2.666667%** |
| **MARY MARGARET GIBSON**<br>**P.O. Box 560550**<br>**THE COLONY, TX 75056** | **limited partner** | **2.666667%** |
| **CLEARVIEW STAFFING SOFTWARE**<br>**MR. JOHN PENCSAK, MR. DAVID GORMAN**<br>**16801 ADDISON ROAD, SUITE 105**<br>**ADDISON, TX 75001** | **limited partner** | **2.666667%** |
| **W MALONE ENTERPRISES, LLC**<br>**MR. WILLIS MALONE**<br>**P.O. Box 32108**<br>**AMARILLO, TX 79120** | **limited partner** | **2.666667%** |
| **MR. GREG DAVIS**<br>**11302 WILLIAMSBURG**<br>**HOUSTON, TX 77024** | **limited partner** | **2.666667%** |
| **SHERON BABB**<br>**2921 SCARBOROUGH LANE WEST**<br>**COLLEYVILLE, TX 76034** | **limited partnership** | **2.666667%** |
| **SHALOM PARTNERS**<br>**ATTN: MR. MARTIN LEWIS**<br>**2308 W. 5TH**<br>**PLAINVIEW, TX 79072** | **limited partner** | **2.666667%** |
| **NOAL INVESTMENT COMPANY, L.C.**<br>**MR. EDWIN B. ALDERSON, JR. -MANAGING**<br>**PARTNER**<br>**202 WEST 19TH STREET**<br>**EL DORADO, AR 71730** | **limited partner** | **2.666667%** |
| **MR. DOUG URQUHART**<br>**5964 MELETIO LANE**<br>**DALLAS, TX 75230** | **limited partner** | **2.666667%** |
| **LK2002**<br>**ATTN: DR. KIRK COURY**<br>**#10 CARE CIRCLE, SUITE A**<br>**AMARILLO, TX 79124** | **limited partner** | **2.666667%** |
| **MICHAEL V. PARKER**<br>**2054 SAWGRASS RIDGE**<br>**SAN ANTONIO, TX 78260** | **limited partner** | **2.666667%** |
| **BARRON FAMILYPARTNERSHIP, LTD.**<br>**DR. R.D. BARRON**<br>**23 CRENSHAW**<br>**AMARILLO, TX 79124** | **limited partner** | **2.666667%** |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

In re:   **Selma Roadhouse Companeros, LP**                    Case No.   **09-35553-HDH**

                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 8*

| | | |
|---|---|---|
| **MR. JEFF NEELY, III**<br>**1101 S. TAYLOR**<br>**AMARILLO, TX 79101** | **limited partner** | **2.666667%** |
| **MR. IAN WOLFMAN**<br>**7106 AZALEA LANE**<br>**DALLAS, TX 75230** | **limited partner** | **1.333333%** |
| **MR. MICK TWOMEY**<br>**6100 SHADY OAKS**<br>**FRISCO, TX 75034** | **limited partner** | **.666667%** |
| **MR. BRIAN TWOMEY**<br>**6607 VANDERBILT AVE**<br>**DALLAS, TX 75214** | **limited partner** | **.666667%** |
| **MR. ROBERT WOOD**<br>**8503 TRENTON**<br>**LUBBOCK, TX 79424** | **limited partner** | **2.666667%** |
| **MR. JERRY PHARR**<br>**6208 PRIVATE RD. 6470**<br>**LUBBOCK, TX 79416** | **limited partner** | **2.666667%** |
| **PQS SOLUTIONS**<br>**MR. ALLEN DEVINO**<br>**2101 DONLEY DRIVE, SUITE 107**<br>**AUSTIN, TX 78758** | **Limited partner** | **2.666667%** |
| **MR. CARL ROBINSON**<br>**7815 STUYVESANT AVE.**<br>**AMARILLO, TX 79121** | **limited partner** | **2.666667%** |
| **BURKETT F AMILY INVESTMENTS, LP C/O**<br>**BURKETT MANAGEMENT LLC**<br>**MR. RANDY BURKETT**<br>**6408 HATFIELD**<br>**AMARILLO, TX 79109** | **limited partner** | **10.666667%** |

None
☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or
       holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Cory Strickland**<br>**Selma Roadhouse Companeros, LP**<br>**3220 Church Street**<br>**Amarillo, TX 79109** | **President** | **0** |
| **Rowdy Leal**<br>**Selma Roadhouse Companeros, LP**<br>**3220 Church Street**<br>**Amarillo, TX 79109** | **Vice-President** | **0** |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

In re:   **Selma Roadhouse Companeros, LP**                    Case No.   **09-35553-HDH**

                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 9*

**Matt Hensley**                              **Treasurer**                    **0**
**Selma Roadhouse Companeros, LP**
**3220 Church Street**
**Amarillo, TX 79109**

**Deann Chapman**                          **Secretary**                    **0**
**Selma Roadhouse Companeros, LP**
**3220 Church Street**
**Amarillo, TX 79109**

---

## 22. Former partners, officers, directors and shareholders

None ☐

a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE OF WITHDRAWAL |
|---|---|
| **David Pencsak**<br>**5501 Legacy Oaks Pkwy, Apt 722**<br>**Schertz, TX 78154** | **2-10-09** |
| **David Franklin**<br>**5403 Drane Dr.**<br>**Dallas, Texas  75209** | **8-21-07** |

---

None ☑

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

## 23. Withdrawals from a partnership or distributions by a corporation

None ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY OR<br>DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **David Pencsak**<br>**5501 Legacy Oaks Pkwy, Apt 722**<br>**Schertz, TX 78154** | **2-10-09**<br>**Loan payment** | **$4,000** |

---

## 24. Tax Consolidation Group

None ☑

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

## 25. Pension Funds

None ☑

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re: **Selma Roadhouse Companeros, LP**  Case No. __09-35553-HDH__
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 10*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __09/10/2009__  Signature __/s/ Cory S. Strickland__
**Cory S. Strickland**
**President of General Partner**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*