UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SELMA ROADHOUSE COMPANEROS, LP, | § | CASE NO. 09-35553-hdh11 |
| | § | |
| Debtor. | § | |
| | § | CHAPTER 11 |

## CREDITOR STRATEGIC EQUIPMENT TEXAS, LP'S
## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

COMES NOW Creditor Strategic Equipment Texas, LP ("Strategic") to request that the Court grant its motion to withdraw and substitute counsel as follows:

Strategic requests that effective as of this date Stephen C. Stapleton of the law firm of Dykema Gossett PLLC be substituted as lead counsel in this cause for Strategic in place of Afton Dee Sands-Puryear of the law firm of Brown McCarroll, LLP.

Strategic requests all pleadings, notices, discovery, correspondence, and any and all other filings or writings on this case be forwarded to Stephen C. Stapleton, Dykema Gossett PLLC, 1717 Main Street, Suite 4000, Dallas, Texas 75201.

Respectfully submitted,

*/s/ Stephen C. Stapleton*
Stephen C. Stapleton
Texas Bar No. 19059300
DYKEMA GOSSETT PLLC
1717 Main Street, Suite 4000
Dallas, Texas 75201
(214) 462-6400 – Telephone
(214) 462-6401 – Facsimile

Attorney for Strategic Equipment Texas, LP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of June, 2010, a true and correct copy of the foregoing was duly served on those parties eligible to receive electronic notification via this Court's electronic case notification system and by first class mail on those parties listed below.

                                                */s/ Stephen C. Stapleton*
                                                Stephen C. Stapleton

DALLAS\74222.1
ID\LVD - 019956/0905